UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

JAMES L. PELLOWE, by his next
friend Jon Pellowe,

      Plaintiff,

v.

CONSECO SENIOR HEALTH
INSURANCE CO.,

      Defendant.
_____/

Case No. 5:06-CV-27

Hon. Richard Alan Enslen

**ORDER**

      This matter is before the Court on Defendant Conseco Senior Health Insurance Company's Motion for Leave to File Additional Briefing. The Court has inspected the proposed sur-reply brief and determined that it contains irrelevant legal argument and would not assist the Court in resolving Plaintiff James L. Pellowe's Motion to Remand.

      **THEREFORE, IT IS HEREBY ORDERED** that Defendant Conseco Senior Health Insurance Company's Motion for Leave to File Additional Briefing (Dkt. No. 27) is **DENIED**.

Dated in Kalamazoo, MI:
May 9, 2006

      /s/Richard Alan Enslen
      Richard Alan Enslen
      Senior United States District Judge